UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:22-po-00024-KJN |
| | ) | |
| Plaintiff, | ) | ORDER TO DISMISS AND VACATE |
| | ) | INITIAL APPEARANCE |
| v. | ) | |
| | ) | |
| KEVIN J. LEWIS, | ) | DATE: February 8, 2022 |
| | ) | TIME: 9:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Kendall J. Newman |
| | ) | |
| | ) | |
| | ) | |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss the violation notices in Case Number 2:22-po-00024-KJN is GRANTED.

It is further ordered that the initial appearance scheduled on February 8, 2022, at 9:00 a.m. is vacated.

IT IS SO ORDERED.

Dated: February 7, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ORDER TO DISMISS AND
VACATE INITIAL APPEARANCE                1                U.S. v. KEVIN J. LEWIS